# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KIMBERLY ROBERTS                                    PLAINTIFF

V.                  NO. 3:11CV00130-JTR

MICHAEL J. ASTRUE,                                DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 30th DAY OF August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE